UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

**United States of America**                     **Crim No. 05-60057-08**
                                                 **Consol. w/06-60024-05**

**versus**                                       **Judge Tucker L. Melançon**

**Biblo, et al**                                 **Magistrate Judge Hill**
*defendant Lois Malvo*

## ORDER

Before the Court is the United States of America's, by and through Assistant Untied States Attorney Howard C. Parker, Motion to Dismiss [Rec. Doc. 191]. Considering the foregoing Motion, it is

ORDERED that the Bill of Information is this matter is dismissed, without prejudice as to Lois Malvo only.

THUS DONE AND SIGNED this 10th day of January, 2007, in Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE